UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CESAR CHICAS CARBALLO,

            Petitioner,

   v.

STATE OF WASHINGTON,

            Respondent.

Case No. C24-5576-KKE-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

The Court has reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, to which no objections were filed.[1] Considering the Report and Recommendation and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation. Dkt. No. 7.

(2) Petitioner's petition for writ of habeas corpus is DISMISSED without prejudice for failure to exhaust state court remedies.

(3) A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c).

---

[1] A copy of the Report and Recommendation was sent to Petitioner but was returned as undeliverable. Dkt. No. 8. "A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address[.]" Local Rules W.D. Wash. LCR 41(b), *see also* LCR 10(f).

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING CASE WITHOUT PREJUDICE - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 5th day of November, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING CASE WITHOUT PREJUDICE - 2